# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | L. Bishop Austin | Atty Name (if applicable): | L. Bishop Austin |
| Street Address: | 3250 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90010 | CA Bar No. (if applicable): | 175497 |
| Filer's Telephone No.: | (213) 388-4939  Fax: (213)388-2411 | Atty Fax No. (if applicable): | Lbishopbk@yahoo.com |

In re:  
Jesus Enrique Rodriguez  
Medila Karina Chavez

Case No. 1:09-bk-26764-KT  
Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☐ Yes   ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☒ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs

☐ Statement of Intention    ☒ Other: Chapter 13

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Jesus Enrique Rodriguez and Medila Karina Chavez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: 3/20/2010

/s/ Jesus Enrique Rodriguez  
Jesus Enrique Rodriguez  
*Debtor Signature*

/s/ Medila Karina Chavez  
Medila Karina Chavez  
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 3/20/2010

L. Bishop Austin
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

```
JESUS ENRIQUE RODRIGUEZ
10856 DEMPSEY AVE
GRANADA HILLS, CA 91344


MEDILA KARINA CHAVEZ
10856 DEMPSEY AVE
GRANADA HILLS, CA 91344


L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
```

JESUS ENRIQUE RODRIGUEZ
10856 DEMPSEY AVE
GRANADA HILLS, CA 91344


MEDILA KARINA CHAVEZ
10856 DEMPSEY AVE
GRANADA HILLS, CA 91344


BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886


CHAPTER 13 TRUSTEE ELIZABETH ROJAS
NOBLE PROFESSIONAL CENTER
15060 VENTURA BLVD., STE 240
SHERMAN OAKS, CA 91403


EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374


EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626


GAP
PO BOX 530942
ATLANTA, GA 30353


HOMEQ SERVICING
PO BOX 79230
CITY OF INDUSTRY, CA 91716

HOMEQ SERVICING
PO BOX 13716
SACRAMENTO, CA 95853

HOMEQ SERVICING CORPORATION
AGENT FOR SERVICE OF PROCESS
CSC LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

INTERNAL REVENUE SERVICE
ATTN.: BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES, CA 90012

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

LEVITZ FURNITURE
RETAIL SERVICES
PO BOX 60107
CITY OF INDUSTRY, CA 91716

LITTON LOAN SERVICING
PO BOX 4387
HOUSTON, TX 77210

LITTON LOAN SERVICING
BANKRUPTCY DEPARTMENT
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54088
LOS ANGELES, CA 90054

MACYS
PO BOX 6938
THE LAKES, NV 88901


MCCALA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA RD
ROSWELL, GA 30076


MERVYNS
PO BOX 960013
ORLANDO, FL 32896


NEW YORK & COMPANY
PO BOX 659728
SAN ANTONIO, TX 78265


QUALITY LOAN SERVICE
2141 5TH AVENUE
TS# CA09236709BL
SAN DIEGO, CA 92101


TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459


THE CHILDREN'S PLACE
PROCESSING CENTER
DES MOINES, IA 50364


TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

```
VERIZON WIRELESS
PO BOX 96088
BELLEVUE, WA 98009


VERIZON WIRELESS BANKRUPTCY ADM
PO BOX 3397
BLOOMINGTON, IL 61702
```

B6J (Official Form 6J) (12/07)

In re  Jesus Enrique Rodriguez
       Medila Karina Chavez
       _____
              Debtor(s)

Case No. 1:09-bk-26764-KT

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,479.50 |
| a. Are real estate taxes included?  Yes ___  No _X_ | |
| b. Is property insurance included?  Yes ___  No _X_ | |
| 2. Utilities: a. Electricity and heating fuel | $ 85.00 |
| b. Water and sewer | $ 70.00 |
| c. Telephone | $ 85.00 |
| d. Other _____ | $ 0.00 |
| | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 350.00 |
| 4. Food | $ 50.00 |
| 5. Clothing | $ 30.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 20.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 57.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 225.00 |
| e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) Property Taxes | $ 589.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other _____ | $ 0.00 |
| c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| Other _____ | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,250.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 5,426.16 |
| b. Average monthly expenses from Line 18 above | $ 4,250.50 |
| c. Monthly net income (a. minus b.) | $ 1,175.66 |